# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sweet, Robert W. | U.S. District Court | 06/30/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge (Senior status) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U.S. Districrt Court
500 Pearl St - Room 1940
New York, NY 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 06/30/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 06/30/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 06/30/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T | A | Dividend | K | T | | | | | |
| 2. Amazon | | None | L | T | Sold (part) | 05/11/16 | K | E | |
| 3. Apple | A | Dividend | K | T | | | | | |
| 4. BP LLC | A | Dividend | J | T | | | | | |
| 5. Comcast | A | Dividend | J | T | | | | | |
| 6. Disney | B | Dividend | L | T | | | | | |
| 7. GE | A | Dividend | K | T | | | | | |
| 8. IBM | B | Dividend | K | T | | | | | |
| 9. Marathon Pete | A | Dividend | K | T | | | | | |
| 10. Pfizer | A | Dividend | K | T | | | | | |
| 11. Proctor & Gamble | B | Dividend | L | T | | | | | |
| 12. Target | A | Dividend | K | T | | | | | |
| 13. 3M Co. | B | Dividend | L | T | | | | | |
| 14. Hull Tactical US ETF | | None | K | T | Buy | 05/10/16 | K | | |
| 15. Federated Capital Reserves (a) | A | Dividend | J | T | | | | | |
| 16. | | | | | | | | | |
| 17. Amazon.com Inc | | None | O | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 06/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. RBC Prime Money Market (a) | A | Dividend | L | T | | | | | |
| 19. USTB Due 4/28/16 | A | Interest | | | Buy | 01/27/16 | M | | |
| 20. USTB due 4/28/16 | | | | | Sold | 02/04/16 | M | | |
| 21. USTB due 7/28/16 | A | Interest | | | Buy | 01/27/16 | M | | |
| 22. USTB due 7/28/16 | | | | | Matured | 07/28/16 | M | | |
| 23. USTB due 10/13/16 | A | Interest | | | Buy | 01/27/16 | M | | |
| 24. USTB due 10/13/16 | | | | | Matured | 10/13/16 | M | | |
| 25. USTB due 1/5/17 | | None | L | T | Buy | 01/27/16 | M | | |
| 26. USTB due 4/27/17 | | None | | | Buy | 05/16/16 | M | | |
| 27. USTB due 4/27/17 | | | | | Sold | 05/16/16 | M | | |
| 28. Estes - Sheridan LP | A | Distribution | J | U | | | | | |
| 29. NP Stratham LLC | E | Distribution | J | U | | | | | |
| 30. NP Dover LP | | None | L | U | | | | | |
| 31. NP Nashua LLC | C | Distribution | L | U | | | | | |
| 32. NP Hanson LLC | D | Distribution | J | U | | | | | |
| 33. NP Portfolio Account LLC | G | Distribution | M | U | | | | | |
| 34. NPS2 LLC | D | Distribution | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 06/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Execwest LLC | | None | N | U | | | | | |
| 36. Execusouth LLC | E | Distribution | J | U | | | | | |
| 37. | | | | | | | | | |
| 38. Trust #1 (lines 38-85) (b) | | | | | | | | | |
| 39. 3M | B | Dividend | L | T | | | | | |
| 40. Agilent Technologies | A | Dividend | K | T | | | | | |
| 41. Alteria Group | B | Dividend | K | T | | | | | |
| 42. Amer Intl Group | B | Dividend | L | T | | | | | |
| 43. Amgen | A | Dividend | K | T | | | | | |
| 44. Analog Devices Inc. | | None | K | T | | | | | |
| 45. Apple Inc | B | Dividend | L | T | | | | | |
| 46. Applied Material | A | Dividend | K | T | | | | | |
| 47. BP LLC | B | Dividend | K | T | | | | | |
| 48. Centene | | None | K | T | | | | | |
| 49. Cisco Systems | A | Dividend | K | T | | | | | |
| 50. Comcast | A | Dividend | L | T | | | | | |
| 51. D R Horton | A | Dividend | J | T | Buy | 07/22/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Disney | A | Dividend | L | T | | | | | |
| 53. Exxon Mobil Corp | B | Dividend | L | T | | | | | |
| 54. Gilead Sciences | A | Dividend | K | T | Buy (add'l) | 03/02/16 | J | | |
| 55. Gilead Sciences | | | | | Buy (add'l) | 04/21/16 | J | | |
| 56. Humana | A | Dividend | K | T | | | | | |
| 57. ITT | A | Dividend | J | T | | | | | |
| 58. International Paper Co | A | Dividend | J | T | | | | | |
| 59. Keysight | | None | J | T | | | | | |
| 60. Laboratory Co | | None | K | T | | | | | |
| 61. Lam Research Corp | A | Dividend | K | T | Buy | 04/21/16 | K | | |
| 62. Lear Corp | A | Dividend | K | T | | | | | |
| 63. Lennar Corp | A | Dividend | J | T | | | | | |
| 64. Lowes | B | Dividend | L | T | | | | | |
| 65. Merck | A | Dividend | K | T | | | | | |
| 66. Microsoft | B | Dividend | M | T | | | | | |
| 67. Oracle | A | Dividend | K | T | Sold (part) | 04/21/16 | K | C | |
| 68. Packaging Corp | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Pfizer | B | Dividend | K | T | | | | | |
| 70. Phillip Morris | B | Dividend | K | T | | | | | |
| 71. Public Service | A | Dividend | K | T | | | | | |
| 72. Scana | A | Dividend | J | T | Buy | 01/27/16 | J | | |
| 73. Suncor | A | Dividend | K | T | | | | | |
| 74. Suntrust | B | Dividend | L | T | | | | | |
| 75. The Priceline Group | | None | K | T | | | | | |
| 76. Travelers Co | B | Dividend | L | T | | | | | |
| 77. United Contl Holdings | | None | J | T | | | | | |
| 78. United Technologies | B | Dividend | K | T | | | | | |
| 79. Unitedhealth Group | B | Dividend | L | T | | | | | |
| 80. Universal Health | A | Dividend | | | Sold (part) | 03/02/16 | J | B | |
| 81. Universal Health | | | | | Sold | 04/21/16 | K | C | |
| 82. Viacom | A | Dividend | | | Sold | 02/24/16 | J | | |
| 83. WSTN Digital | A | Dividend | | | Sold | 07/12/16 | J | | |
| 84. Xylem | A | Dividend | J | T | | | | | |
| 85. CMA Money Fund (a) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 06/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87.  Trust #2 (lines 87 -110) (b) | | | | | | | | | |
| 88.  USTB due 4/21/16 | A | Interest | | | Buy | 01/27/16 | N | | |
| 89.  USTB due 4/21/16 | | | | | Matured | 04/21/16 | N | | |
| 90.  USTB due 7/28/16 | A | Interest | | | Buy | 01/27/16 | N | | |
| 91.  USTB due 7/28/16 | | | | | Matured | 07/28/16 | N | | |
| 92.  USTB due 10/13/16 | A | Interest | | | Buy | 01/27/16 | N | | |
| 93.  USTB due 10/13/16 | | | | | Matured | 10/13/16 | N | | |
| 94.  USTB due 1/5/17 | A | Interest | N | T | Buy | 01/27/16 | N | | |
| 95.  USTB due 4/28/16 | A | Interest | | | Buy | 01/26/16 | N | | |
| 96.  USTB due 4/28/16 | | | | | Matured | 04/28/16 | N | | |
| 97.  USTB due 7/28/16 | A | Interest | | | Buy | 01/26/16 | N | | |
| 98.  USTB due 7/28/16 | | | | | Matured | 07/28/16 | N | | |
| 99.  USTB due 10/13/16 | A | Interest | | | Buy | 01/26/16 | N | | |
| 100.  USTB due 10/13/16 | | | | | Matured | 10/13/16 | N | | |
| 101.  USTB due 01/05/17 | A | Interest | N | T | Buy | 01/27/16 | N | | |
| 102.  USTB due 4/27/17 | A | Interest | N | T | Buy | 04/28/16 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 06/30/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. USTB due 04/27/17 | A | Interest | N | T | Buy | 05/16/16 | N | | |
| 104. USTB due 7/20/17 | A | Interest | N | T | Buy | 08/11/16 | N | | |
| 105. Apple Inc | D | Dividend | N | T | | | | | |
| 106. Microsoft | C | Dividend | L | T | | | | | |
| 107. North Colorado Springs Land & Improvemnet Co. | | None | J | T | | | | | |
| 108. Silvercrest Global Fund (formerly MW Global) Partners) | | None | P1 | U | | | | | |
| 109. Third Point Partners | | None | P1 | T | | | | | |
| 110. 13D Activist-Fd-1 | | None | O | T | Sold (part) | 08/11/16 | M | | |
| 111. | | | | | | | | | |
| 112. Trust #3 (lines 112- 133) (b) | | | | | | | | | |
| 113. Berkshire Hathaway | | None | M | T | | | | | |
| 114. Gotham Absolute Return | | None | O | T | | | | | |
| 115. Gotham Neutral Fund | C | Dividend | P1 | T | | | | | |
| 116. USTB due 4/21/16 | A | Interest | | | Buy | 01/27/16 | M | | |
| 117. USTB due 4/21/16 | | | | | Matured | 04/21/16 | M | | |
| 118. USTB due 7/28/16 | A | Interest | | | Buy | 01/27/16 | M | | |
| 119. USTB due 7/28/16 | | | | | Matured | 07/28/16 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 06/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. USTB due 10/13/16 | A | Interest | | | Buy | 01/27/16 | M | | |
| 121. USTB due 10/13/16 | | | | | Matured | 10/13/16 | M | | |
| 122. USTB due 1/15/17 | A | Interest | M | T | Buy | 01/27/16 | M | | |
| 123. USTB due 4/27/17 | A | Interest | M | T | Buy | 05/16/16 | M | | |
| 124. Estes - Sheridan LP | A | Distribution | J | U | | | | | |
| 125. NP Strathan LLC | F | Distribution | J | U | | | | | |
| 126. NP Dover LLC | F | Distribution | N | U | | | | | |
| 127. NP Nashua LLC | E | Distribution | N | U | | | | | |
| 128. NP Hanson LLC | E | Distribution | J | U | | | | | |
| 129. NP Portfolio Account LLC | H1 | Distribution | N | U | | | | | |
| 130. NPS2 LLC | F | Distribution | J | U | | | | | |
| 131. Execwest LLC | | None | P1 | U | | | | | |
| 132. Execusouth NPP LLC (c) | | None | J | U | | | | | |
| 133. Trans-Lux Series A pfd | | None | J | T | | | | | |
| 134. Trans-Lux Corp | | None | J | T | | | | | |
| 135. Fiduciary Trust Int'l Money Mkt (d) | | | | | | | | | |
| 136. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 06/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  Citibank money market account | A | Interest | J | T | | | | | |
| 138.  Citibank checking account | | None | J | T | | | | | |
| 139.  JPMorgan Chase checking account | | None | J | T | | | | | |
| 140. | | | | | | | | | |
| 141. | | | | | | | | | |
| 142. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 06/30/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Investements and Trusts

(a) = This is a money market type fund with shares remaining at a constant value of $1.00. Purchases and sales, with no gain or loss, were made throughout the year.

(b) = Income beneficiary only and does not participate in the management of the trust.

(c) = An interest in Execusouth NPP LLC was inadvertenly not disclosed on prior reports. The reporting party's spouse is only an income beneficiary to the trust, does not participate in management, has no first-hand or direct knowledge of the trust's holdings and accordingly is reliant of information from third parties.

(d) = As reported on the 2015 Report, this is a money market type fund with shares remaining at a constant value of $1.00. By the end of 2015, all shares were sold with no gain or loss and no shares were purchased in 2016.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert W. Sweet**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544